**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **TERESA SILCOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **And** | ) | |
| | ) | |
| **FIRST TRUST AND** | ) | |
| **SAVINGS BANK,** | ) | **Case No. 3:2011-cv-00264** |
| | ) | **JURY DEMANDED** |
| **Intervening Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STATE FARM FIRE AND** | ) | |
| **CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

Comes now the parties, by and through their undersigned counsel, and pursuant to Local Rule 68.1, and give notice that all matters by and between the parties have been settled and compromised. The parties further give notice to the Court that it may strike from the calendar the jury trial scheduled to begin on March 11, 2014. The parties estimate that a proposed Order of Dismissal will be submitted to the Court within sixty (60) days of the filing of this Joint Notice of Settlement.

Respectfully submitted this 25th day of February, 2014.

LEWIS, THOMASON, KING, KRIEG
& WALDROP, P.C.

By: s/ Christopher L. Vescovo
Christopher L. Vescovo (No. 14516)
Jonathan L. May (No. 27408)
*Counsel for Defendant State Farm Fire and Casualty Company*
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com
jmay@lewisthomason.com

SEXTON, SEXTON & LEACH, P.C.

By: s/ C. Patrick Sexton
C. Patrick Sexton (No. 21683)
Charles B. Sexton (No. 932)
*Counsel for Plaintiff Teresa Silcox and Intervening Plaintiff First Trust and Savings Bank*
P.O.Box 4187
Oneida, TN 37481
(423) 569-8341
Ss_l@highland.net

4833-9987-7656, v. 1