# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| TERESA SILCOX, )<br>)<br>Plaintiff, )<br>And )<br>)<br>FIRST TRUST AND )<br>SAVINGS BANK, )<br>)<br>Intervening Plaintiff, )<br>)<br>vs. )<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, )<br>)<br>Defendant. ) | Case No. 3:2011-cv-00264<br>JURY DEMANDED |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims by Plaintiff Teresa Silcox and Intervening Plaintiff First Trust and Savings Bank against Defendant, State Farm Fire and Casualty Company, may be dismissed by the Court with prejudice.

Respectfully submitted this 10th day of April, 2014.

LEWIS, THOMASON, KING, KRIEG
& WALDROP, P.C.


By: s/ Christopher L. Vescovo
Christopher L. Vescovo (No. 14516)
Jonathan L. May (No. 27408)
*Counsel for Defendant State Farm Fire and Casualty Company*
2900 One Commerce Square
40 S. Main Street
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com
jmay@lewisthomason.com


SEXTON, SEXTON & LEACH, P.C.


By: s/ C. Patrick Sexton
C. Patrick Sexton (No. 21683)
Charles B. Sexton (No. 932)
*Counsel for Plaintiff Teresa Silcox and Intervening Plaintiff First Trust and Savings Bank*
P. O. Box 4187
Oneida, TN 37481
(423) 569-8341
Ss_l@highland.net


4830-8143-8232, v. 1

2

Case 3:11-cv-00264-PLR-CCS   Document 53   Filed 04/10/14   Page 2 of 2   PageID #: 434